1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  TANYA McDANIEL,                    No. 2:15-cv-0828 GEB CKD PS
12         Plaintiff,
13     v.                              ORDER
14  THE SECRETARIAT, et al.,
15         Defendants.
16

17     Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed
18  an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a),
19  1915(a). Plaintiff states she receives disability benefits from Social Security. Plaintiff also states
20  she receives rent payments, interest, or dividends but does not state the amount of that income.
21  Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a
22  request to proceed in forma pauperis or the appropriate filing fee.
23     In accordance with the above, IT IS HEREBY ORDERED that:
24     1. Plaintiff shall submit, within fourteen days from the date of this order, either a
25  completed application setting forth the lump sum amount he has from Social Security and
26  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
27  of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a
28  recommendation that this action be dismissed; and

1

    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated:  April 22, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mcdaniel.ifp.inc